FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:03cr23WS-001

NATHAN BURNSIDE

## AGREED ORDER REDUCING SENTENCE

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The sentence is reduced from 70 months to 57 months;

(2) Defendant is projected release date is May 16, 2008. With the 13 months reduction, he should be entitled to immediate release.

(3) Defendant's sentence is therefore reduced to TIME SERVED.

(4) All other terms and provisions of the original judgment remain in effect.

A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the 17th day of March, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
ASSISTANT U.S. ATTORNEY

_____
DEFENSE COUNSEL