AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2008
J. T. NOBLIN, CLERK
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| NATHAN BURNSIDE | ) | Case No: 4:03cr23WS-001 |
| | ) | USM No: 07659-043 |
| Date of Previous Judgment: 04/30/2007 | ) | Public Defender's Office |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __57 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __27__         Amended Offense Level: __25__
Criminal History Category: __I__        Criminal History Category: __I__
Previous Guideline Range: __70__ to __87__ months    Amended Guideline Range: __57__ to __71__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The above guidelines reflect a 6-level 5K1.1 substantial assistance departure granted at the time of the original sentence.

The defendant's sentence is, therefore, reduced to TIME SERVED.

Except as provided above, all provisions of the judgment dated __04/30/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __03/17/2008__

_Henry T. Wingate_
Judge's signature

Effective Date: _____
(if different from order date)

Henry T. Wingate, Chief U.S. District Judge
Printed name and title